IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TRAMYNE VAUGH HICKMON,           )
                                 )
           Plaintiff,            )
                                 )
     v.                          )     1:25CV923
                                 )
VETERANS ADMINISTRATION et al.,  )
                                 )
           Defendants.           )

## ORDER

On October 15, 2025, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 6.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation. See 38 U.S.C. § 511(a).

IT IS THEREFORE ORDERED that the Court dismisses this action without prejudice for lack of subject matter jurisdiction.

                              /s/   Thomas D. Schroeder
                              United States District Judge

November 10, 2025